SHEPHERD, Circuit Judge,
with whom MURPHY and BYE, Circuit Judges, join,
concurring.
Although I concur in the opinion, I write separately to reiterate my view that a prisoner challenging a method of lethal injection under the Eighth Amendment need not identify an alternative method of execution in the complaint, provided that he concedes other methods of lethal injection would be constitutional. The Court notes that “at the earliest possible time, [Bucklew] must identify a feasible, readily implemented alternative procedure that will significantly reduce a substantial risk of severe pain and that the State refuses to adopt.” Consistent with my dissent in Zink, a prisoner must only concede there would be a constitutional method of execution in his complaint and the Court’s reference to the “earliest possible time” should not be misconstrued as stating a pleading requirement.